IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

        Plaintiff,                    No. CIV S-04-0763 GEB KJM P

    vs.

S. SALENGER, et al.,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff has filed a request for production of documents. The court has not yet authorized discovery. Furthermore, neither discovery requests served on an opposing party nor that party's responses should be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court based on the Federal Rules of Civil Procedure and the Local Rules as applicable to this case.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 30, 2005 request for production of documents shall be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of

/////

/////

/////

1

1  court, may result in an order of sanctions, including, but not limited to, a recommendation that
2  this action be dismissed.
3  DATED: October 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

10  1
   moor0763.411