IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

    Plaintiff,                      No. CIV S-04-0763 GEB KJM P

    vs.

S. SALENGER, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

        On June 8, 2005, the court ordered the United States Marshal to serve plaintiff's complaint on 11 defendants. Process directed to defendant Fleischman was returned unserved. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 16, 2004;

1

2. Within thirty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Fleischman;

    b. Two copies of the endorsed complaint filed April 16, 2004; and

    c. One completed summons form.

DATED: December 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
moor0763.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

      Plaintiff,                         No. CIV S-04-0763 GEB KJM P

      vs.

S. SALENGER, et al.,                   NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__     completed summons form

      __1__     completed USM-285 form

      __2__     copies of the <u>April 16, 2004</u> Complaint

DATED:

                                                                     Plaintiff