IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

    Plaintiff,　　　　　　　　　No. CIV S-04-0763 GEB KJM P

    vs.

S. SALENGER, et al.,

    Defendants.

_____/

    Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.

    Plaintiff filed a "motion for discovery" on May 19, 2006 in which plaintiff apparently seeks to obtain the last known addresses of defendants Fleischman and Sloss. On July 10, 2006, plaintiff submitted the documents necessary for service of process on Fleischman and Sloss and plaintiff did provide addresses for Fleischman and Sloss. Accordingly, his "motion for discovery" will be denied.

    On June 21, 2006, plaintiff filed a motion seeking the following injunctive relief:

    1. An order directing counsel of record for defendant Sloss to provide plaintiff with Sloss's address;

/////

1

1  2. An order allowing prison officials to allow plaintiff to contact opposing
2 counsel by phone;
3  3. An order directing Correctional Officer J. Owens to "seast and desist the denial
4 of [plaintiff's] access to the court's and gathering information inregards to [plaintiff's] case;" and
5  4. An order directing "institutional heads" to stop retaliating against plaintiff.
6  No counsel has appeared for defendant Sloss, in fact, there is no opposing counsel
7 at this point, and plaintiff has not provided anything specifically demonstrating that the other
8 relief he seeks is warranted.  Plaintiff's motion will be denied.
9  Finally, on June 22, 2006, plaintiff filed as motion in which he asks that the court:
10  1.  Issue an order granting plaintiff legal phone calls;
11  2. "Order to seast and desist interference with [plaintiff's] right to contact
12 attorney's and conduct legal investigation;" and
13  3. "[C]ompel the warden to stop staff retaliaiton."
14 Again, plaintiff's requests are not supported by legal authority or specific facts; his June 22, 2006
15 motion will be denied.
16 /////
17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Plaintiff's May 19, 2006 "Motion For Discovery" is denied;

3  2. Plaintiff's June 21, 2006 "Motion Seeking Judicial Intervention & injunction"

4  is denied; and

5  3. Plaintiff's June 22, 2006 "Motion Seeking Court Order . . ." is denied.

6  DATED: October 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
moor0763.pc