IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

    Plaintiff,                   No. CIV S-04-0763 GEB KJM P

   vs.

S. SALENGER, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  Defendant Sloss has filed a motion asking that discovery be stayed and then resumed, if necessary, after the court resolves defendant Sloss's motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Defendant Sloss's July 6, 2007 motion for a protective order is granted; and

        2.  Plaintiff and defendant Sloss shall not engage in discovery until further notice.

DATED: August 2, 2007.

_____
U.S. MAGISTRATE JUDGE

1
moor0763.sty