1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MERRICK JOSE MOORE,

11          Plaintiff,                    2:04-cv-0763-GEB-KJM-P

12      vs.

13   S. SALENGER, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 22, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1.   The findings and recommendations filed January 22, 2008, are adopted in full;

2.   Defendant Sloss's April 16, 2007 motion to dismiss is denied;

3.   Defendant Sloss's motion that this action be stayed pending the outcome of CIV-S-04-0871 MCE EFB is granted;

4.   This action is stayed;

5.   The parties are directed to inform the court within ten days of the entry of final judgment in CIV-S-04-0871 MCE EFB; and

6.   The Clerk of the Court is directed to administratively close this case.

Dated:  March 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge